Joseph Houdek, appellee, v. John Sturz, appellant.   Gen. No. 33,061.

Opinion filed April 30, 1929.

McInerney & Power, for appellant; Joseph A. McInerney, Jr., of counsel.  Edward N. Sherburne, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. John Wach, plaintiff in error.   Gen. No. 33,182.

Opinion filed April 30, 1929.   Rehearing denied May 13, 1929.

Benjamin E. Cohen, for plaintiff in error.  John A. Swanson, State's Attorney, for defendant in error; Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorney, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Foreman Trust & Savings Bank, administrator of the estate of Lucille Karbowski, plaintiff, v. Albert Valkima et al., defendants-appellees, on appeal of Smith-Lawson-Coambs Company, appellant. Gen. No. 33,199.

Opinion filed April 30, 1929.

Lee, Phelps & Cleland, for appellant.  Murphy O. Tate, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Max Ekelmann, appellant, v. Edwin L. Duncan, appellee.   Gen. No. 33,223.

Opinion filed April 30, 1929.

Kelly & Murphy, for appellant.  Ritchie, Colby, Meyer & Brisgall, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.